UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC EUGENE GREEN,<br><br>Plaintiff,<br><br>v.<br><br>R. SOLIS; J. WILBORN; J. MARTINEZ; S. RINK; J. CLAYTON; DR. S. BEYER,<br><br>Defendants. | Case No.: 18cv1804-CAB-BLM<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE ORDER [DOC. NO. 49]** |

Plaintiff Cedric Eugene Green is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights case brought under 42 U.S.C. § 1983. On October 2, 2019, Magistrate Judge Barbara L. Major issued an order denying Plaintiff's motion to conduct discovery prior to opposing summary judgment ("Magistrate Judge Order"). [Doc. No. 47.] On October 23, 2019, Plaintiff filed an Objection to the Magistrate Judge Order. [Doc. No. 49.]

Magistrate judges' rulings on nondispositive motions may be set aside or modified by the district court only if found to be "clearly erroneous" or "contrary to law." 28 U.S.C. §636(b)(1)(A); Fed.R.Civ.P. 72(a); *Bhan v. NME Hospitals, Inc.*, 929 F.2d 1404, 1414 (9th Cir. 1991).

| | |
|---|---|
| 1 | Plaintiff has not made any showing that the Magistrate Judge Order was "clearly |
| 2 | erroneous" or "contrary to law." *Id.*  As noted by the Magistrate Judge, Plaintiff has not |
| 3 | made the requisite showing of the need for such discovery under Federal Rule of Civil |
| 4 | Procedure 56(d), because he has not specifically identified relevant information |
| 5 | demonstrating that his May 15, 2019 appeal DSH-SVSP-16000066 would prevent |
| 6 | summary judgment. [Doc. No. 47 at 3 (citations omitted).]  In particular, Plaintiff |
| 7 | presents no evidence that Defendant Solis was named in that appeal. In his objection, |
| 8 | Plaintiff again presents no such evidence.  Therefore, the Magistrate Judge Order is not |
| 9 | "clearly erroneous" or "contrary to law," and the objection is **DENIED**. |

**IT IS SO ORDERED.**

Dated: October 28, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

18cv1804-CAB-BLM